IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ELLEN SARTOR,<br><br>Defendant. | CR 24-148-BLG-SPW-1<br><br>ORDER |

This order refers Defendant's Motion to Change Plea (Doc. 30), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing.

IT IS FURTHER ORDERED that the trial set for July 14, 2025 is **VACATED for Defendant Mary Ellen Sartor only**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of June, 2025.

SUSAN P. WATTERS
United States District Judge

1